No. ——––. HEMMERLE *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SUNRISE SAVINGS & LOAN ASSN. Motion for reconsideration of order dated March 29, 1993 [507 U. S. 1002], denied.

No. ——––. FISHER *v.* OKLAHOMA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. ——––. MORRISSEY *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS;
No. ——––. CASH *v.* BORG, WARDEN, ET AL.; and
No. ——––. MILTON *v.* UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. A–546. McCURDY *v.* UNITED STATES. Application for release pending appeal, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. D–1224. IN RE DISBARMENT OF LINN. Disbarment entered. [For earlier order herein, see 506 U. S. 1045.]

No. D–1228. IN RE DISBARMENT OF BUCK. Disbarment entered. [For earlier order herein, see 507 U. S. 902.]

No. D–1229. IN RE DISBARMENT OF VEITH. Disbarment entered. [For earlier order herein, see 507 U. S. 902.]

No. D–1230. IN RE DISBARMENT OF ROTH. Disbarment entered. [For earlier order herein, see 507 U. S. 903.]

No. D–1258. IN RE DISBARMENT OF SMITH. It is ordered that Jerry B. Smith, of Coral Springs, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1259. IN RE DISBARMENT OF BROWN. It is ordered that Chester L. Brown, of Birmingham, Ala., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.